# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Capital Dynamics    v.    Cambridge Associates, LLC

No. 16-1318

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☒ As counsel for: Cambridge Associates, LLC
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant     ☒ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: J. Steven Baughman
Law Firm: Ropes & Gray LLP
Address: 2099 Pennsylvania Avenue, N.W.
City, State and Zip: Washington, DC 20006-6807
Telephone: (202) 508-4606
Fax #: (202) 383-8371
E-mail address: steven.baughman@ropesgray.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/19/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/28/2015    Signature of pro se or counsel /s/ J. Steven Baughman

cc: _____

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  12/28/2015  by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| J. Steven Baughman | /s/ J. Steven Baughman |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Ropes & Gray LLP |
| Address | 2099 Pennsylvania Avenue, N.W. |
| City, State, Zip | Washington, D.C. 20006-6807 |
| Telephone Number | (202) 508-4606 |
| Fax Number | (202) 383-8371 |
| E-Mail Address | steven.baughman@ropesgray.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields