FORM 8. Entry of Appearance                                              Form 8

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Capital Dynamics    v.    Cambridge Associates, LLC

No. 16-1318

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Capital Dynamics
                             Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Jonathan A. Marshall |
| Law Firm: | Fish & Richardson P.C. |
| Address: | 601 Lexington Avenue, 52nd Floor |
| City, State and Zip: | New York, New York 10022 |
| Telephone: | 212-765-5070 |
| Fax #: | 212-258-2291 |
| E-mail address: | marshall@fr.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/01/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  12/28/2015          Signature of pro se or counsel  /s/ Marshall

cc:    Counsel of Record

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 28, 2015
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Edmond R. Bannon | /s/ Edmond R. Bannon |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | FISH & RICHARDSON P.C. |
| Address | 601 Lexington Avenue, 52nd Floor |
| City, State, Zip | New York, New York 10022 |
| Telephone Number | 212-765-5070 |
| Fax Number | 212-258-2291 |
| E-Mail Address | bannon@fr.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields