# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Capital Dynamics    v.    Cambridge Associates, LLC

No. 16-1318

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Cambridge Associates, LLC
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Dalila Argaez Wendlandt
Law Firm: Ropes & Gray LLP
Address: Prudential Tower, 800 Boylston Street
City, State and Zip: Boston, MA 02199-3600
Telephone: 617 951 7884
Fax #: 617 235 0551
E-mail address: dalila.wendlandt@ropesgray.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 02/10/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/28/2015    Signature of pro se or counsel /s/ Dalila Argaez Wendlandt

cc: _____

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  12/28/2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Dalila Argaez Wendlandt | /s/ Dalila Argaez Wendlandt |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Ropes & Gray LLP |
| Address | Prudential Tower, 800 Boylston Street |
| City, State, Zip | Boston, MA 02199-3600 |
| Telephone Number | 617 951 7884 |
| Fax Number | 617 235 0551 |
| E-Mail Address | dalila.wendlandt@ropesgray.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields