# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Capital Dynamics    v.    Cambridge Associates, LLC

No. 16-1318

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Cambridge Associates, LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Matthew J. Moffa
Law Firm: Ropes & Gray LLP
Address: 1211 Avenue of the Americas
City, State and Zip: New York, NY 10036
Telephone: 212-596-9000
Fax #: 212-596-9090
E-mail address: matthew.moffa@ropesgray.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/29/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 1/11/2016    Signature of pro se or counsel /s/ Matthew J. Moffa

cc: _____

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  1/11/2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Matthew J. Moffa | /s/ Matthew J. Moffa |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Ropes & Gray LLP |
| Address | 1211 Avenue of the Americas |
| City, State, Zip | New York, NY 10036 |
| Telephone Number | 212-596-9000 |
| Fax Number | 212-596-9090 |
| E-Mail Address | matthew.moffa@ropesgray.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields